UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8628-WM

UNITED STATES OF AMERICA

vs.

JORGE IBARRA,

    Defendant.
_____/

FILED BY ___SW___ D.C.
Nov 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Mark Dispoto*
Mark Dispoto
Assistant United States Attorney
Southern District of Florida
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Court Id. No. A5501143
Office: (561) 209-1032
Email: mark.dispoto@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jorge Ibarra,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 24-mj-8628-WM<br>)<br>)<br>) |

FILED BY ___SW___ D.C.
Nov 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 4, 2023- July 9, 2024,  in the county of  Palm Beach  in the
Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261(A)(2) | with the intent to harass and intimidate, used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that placed another in reasonable fear of death of or serious bodily injury. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*/s/ Sara E. Talley*
*Complainant's signature*

Sara Talley, SA FBI
*Printed name and title*

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date: November 23, 2024

*/s/ William Matthewman*
*Judge's signature*

City and state:  West Palm Beach, Florida    William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT SARA TALLEY IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Talley, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so since March 2016. I am currently assigned to the FBI Miami Division, Palm Beach County Resident Agency and investigate violent crimes and crimes against children. In this regard, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. As part of my duties and responsibilities, I investigate violent crimes, including cyberstalking. I have received training on the proper investigative techniques for this violation, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous federal criminal investigations, executed search warrants that have led to seizures of valuable evidence, and interviewed subjects and witnesses.

3. I am familiar with the facts described in this Affidavit through my own personal knowledge, as well as through my discussion with other law enforcement officials and my understanding of other investigative activities conducted during this investigation.

4. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for JORGE IBARRA (hereinafter "IBARRA"), for violation of Title 18, United States Code, Section 2261A(2), Cyber Stalking. This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of the complaint.

## **PROBABLE CAUSE**

*FBI Atlanta Division Investigation – Victim 1*

5.     On April 27, 2023, an adult female (hereinafter "Victim 1") called the FBI National Threat Operations Center (hereinafter "NTOC") to report receiving harassing and threatening text messages from more than 100 hundred different phone numbers for the past year. Victim 1 advised that on the date of her report to NTOC, an unknown subject threatened to "slit the throat" of Victim 1's four-year-old niece, who the unknown subject believed to be Victim 1's daughter. The unknown subject also threatened to kidnap Victim 1's niece to sell her overseas. Victim 1 reported that the frequency and severity of the threats of violence in the text messages had escalated recently. She reported the threatening messages to her local police department previously.

6.     In May 2023, FBI Atlanta Division interviewed Victim 1. In addition to the information reported previously, Victim 1 stated that she believed that one person sent the hundreds of harassing and threatening messages, due to the similar language in the messages and the bad grammar. Victim 1 believed the unknown subject targeted her due to her role as a commentator for a political news organization. Victim 1 eventually obtained a new telephone number in an attempt to thwart further contact by the unknown subject.

7.     After the initial reporting, Victim 1 continued to provide additional incoming messages to the FBI. In October 2023, agents from the FBI Atlanta Division forensically extracted text messages from Victim 1's phone with her consent. A sample of the messages are provided below:

| Approximate Date | Phone Number | Message |
|---|---|---|
| 3/4/2023 | 334-645-2746 | [Victim 1][1] we need to gain more views on rumble we have only 104k views and 46 chats<br><br>And 3.3k on YouTube<br><br>We are on apple charts as #187 of our app rates |
| 5/13/2023 | 334-621-7536 | Intel .. please tweet truth instagram out to everyone to leave huge tornados on the way we need to send out a advisory to all of your viewers.. very important… |
| 5/13/2023 | 747-236-5162 | Ms:[Victim 1] nices books you have near your coffee area we have a very close eye on your daughter you fuck up next time you go live we promise you your never gonna see her again . So don't play games with us when we tell you jump you say how high got it . WoW you have a beautiful house love all the decorations and all the mypillows you have . We know everything about you we have been holding back we keep our word you fuck up one more time it's over for your daughter don't take this lightly action on it as we say it |
| 5/13/2023 | 770-863-8629 | Illuminati Elite team we will be watching today your daughter has your mothers spirit already ok happy early Mother's Day and make sure you show your boobs including your nipples in away it's not noticeable ok we will tune in . In rumble …. |
| 7/17/2023 | 561-336-6743 | We are giving you a heads up because you followed up on our deal [Victim 2] will be in the line of fire if she don't follow through in the next 48hours do not be around her shit is about to get nasty get away now if you are around her . Illuminati elite team. Part of your deal and our promise we would hold off and spare you and your loved ones that still stands that's why you where just given a warning warning … |
| 10/10/2023 | 786-446-9621 | [Victim 1] you better shut the fuck up and stop posting shit on instagram before your lil princess brains is all over the fucking floor to stop now or we will show you fat bitch |
| 10/10/2023 | 786-446-9621 | [Victim 1] you better shut the fuck up and stop posting shit on instagram before your lil princess brains is all over the fucking floor to stop now or we will show you fat bitch |

---

[1] The sender of these messages addressed Victim 1 by her first name.

*FBI Tampa Division Investigation – Victim 2*

8. On May 10, 2023, an adult female (hereinafter "Victim 2") called NTOC and reported having received harassing and threatening text messages from an unknown subject since approximately March 2023. Victim 2 worked for the same news organization as Victim 1. Victim 2 reported that she began receiving the messages after attending a work conference in Washington D.C. Victim 2 believed that she received the messages due to her professional affiliation. Victim 2 described having received text messages from approximately 10 to 15 different phone numbers. Some of the messages pertained to Victim 2's work in politics. Other messages threatened to rape Victim 2 and indicated that Victim 2 had a bounty on her head. Victim 2 reported the threatening messages to her local police department approximately two weeks earlier. The local police advised that the unknown subject likely used an online application to generate different telephone numbers to contact Victim 2.

9. In May 2023, FBI Tampa Division interviewed Victim 2. In addition to the information provided previously, Victim 2 stated she had also received harassing and threatening messages on the online messaging application, Telegram, for approximately two years. Victim 2's coworkers, including Victim 1, also received threatening and harassing communications. Some of the text messages referred to Victim 2 being physically harmed, trafficked, or raped. Victim 2 provided screenshots of some of the messages to FBI Tampa Division.

10. In June and July 2023, Victim 2 continued to provide additional incoming messages to the FBI. A sample of the messages are provided below:

| Approximate Date | Phone Number | Message |
|---|---|---|
| 3/4/2023 | 334-645-2746 | [Victim 2][2] please do interviews today and get people to download our app … studio HQ |
| 3/4/2023 | 334-645-2746 | [Victim 2] we need to gain more views on rumble we only have 104k views and 46 chats<br><br>And 3.3k on YouTube<br><br>We are on apple charts as #187 of our app rates<br><br>Studio HQ |
| 4/18/2023 | 334-645-2746 | Tonight your getting it your neighbour has all your details |
| 4/27/2023 | 413-436-6697 | Illuminati Elite team . A of today you have a $80,000,000 bounty on your head America is hungry your done we gave you enough time to submit.. |
| 4/27/2023 | 413-307-5726 | [Victim 2] Your officially on the bounty wager $80,000,000 it will increase every hour your completely done remember your on the global bounty market now there's no more running you made it this way |
| 5/1/2023 | 770-824-6487 | [Victim 2] you need to listen up right now this is 1,000% guaranteed it can happen im giving you a early heads up don't take this lightly ok my boss put out a bid for you of $10,000,000-$20,000,000 I don't know how your gonna take this or handle this but you where sold to a over seas master in Europe Amsterdam the owner paid $75,000,000 for you …. If they find you and capture you it's all over my recommendation is stay off grid and start moving now somewhere eles you don't have much time [clock emoji] this is 1,000% true and it's happening do not take this lightly ok ….. iluminati elite team |
| 5/2/2023 | 747-755-3641 | [Victim 2] I told you to stay off grind and you keep posting when they find you and fuck your brains out don't cry I told you … you have a 20,000,000 bounty on your head and you where sold over seas to Amsterdam Europe stop fucking around |
| 5/6/2023 | 647-362-6116 | [Victim 2] good looking ass you have when you shower so sexy |
| 5/8/2023 | 760-350-6346 | Dam [Victim 2] what a good looking [two eye emoji] pussy you have WoW I am blown away please bend some in the shower [showerhead emoji] spread your ass a bit when you soap [soap emoji] it [tongue emoji][smiley face with tongue |

---

[2] The sender of the messages addressed Victim 2 by her first name.

| | | |
|---|---|---|
| | | sticking out emoji][smiley face with tongue sticking out the side of the mouth emoji] |
| 5/15/2023 | 760-350-6494 | The Illuminati elite team. We have all 7 of your addresses[3] … <br><br> And all your family members you tell me if you truly wanna play games with us |
| 6/6/2023 | 770-857-3217 | Wake up [Victim 2] . Get up and drink a glass of this type of milk it's 85 years old. [milk glass emoji] and start feeding content it's time [clock emoji] me and my buddy send you this one. <br><br> [Two photographs were attached to this depicting a naked elderly man masturbating and ejaculating] |

*Identification of Jorge Ibarra*

11.   In approximately June through September 2023, the FBI requested records associated with the aforementioned telephone numbers in an attempt to identify the unknown subject. A law enforcement database indicated the aforementioned telephone numbers were associated with Inteliquent.[4] A query on Inteliquent indicated the aforementioned telephone numbers, with the exception of (786) 446-9621, were associated with Text Now Inc.[5] Telephone number (786) 446-9621 was associated with TextPlus Inc.[6]

12.   A records request to Text Now Inc. revealed that the unknown subject utilized various email addresses to create the aforementioned numbers. Text Now Inc. also provided that all phone numbers were created utilizing IP address 73.84.209.156.

---

[3] The sender correctly listed two of Victim 2's addresses.
[4] Inteliquent is a communications company that provides voice, messaging, and emergency communication services to carriers, wireless, cable, and communication service providers.
[5] Text Now is a free phone service that offers unlimited calling and texting, and some data, on a 5G network in the United States. Text Now is available through an app or a SIM card.
[6] TextPlus is a free or low-cost app that allows users to text, call, and message without a phone service plan.

13. A search of a publicly available database indicated Comcast Communications LLC owned IP address 73.84.209.156. A records request to Comcast Communications LLC provided that IP address 73.84.209.156 resolved to subscriber identified herein with initials CP at the TARGET RESIDENCE with telephone number (786) 370-5139.

14. According to Florida Driver and Vehicle Information Database (hereinafter "Florida DAVID") records, C.P. and IBARRA reside at the TARGET RESIDENCE.

15. A records request to TextPlus Inc. for telephone number (786) 446-9621 indicated that email address souljamaster96@gmail.com created the number.

16. A records request to Google for account records associated with email address souljamaster96@gmail.com provided subscriber and billing information. Specifically, Google provided that IBARRA had linked his billing information to souljamaster96@gmail.com. Additionally, Google provided IP logs for souljamaster96@gmail.com which included IP address 73.84.209.156 among others.

*Additional Investigative Activity*

17. Victim 1 and Victim 2 have continued to receive numerous harassing and threatening messages. A sample of the messages are provided below:

| Victim | Approximate Date | Phone Number | Message |
|---|---|---|---|
| V2 | 3/18/2024 | 334-352-4334 | We are the Illuminati Secret society if you don't obey us well send a team to you house to take you away. From your family …[7] |
| V2 | 3/19/2024 | 786-446-9515 | [Victim 2] you have 5h left to obey us before we put all your information out go on true social or instagram post something dark that tells us your with the Illuminati |
| V1 | 5/30/2024 | 704-271-4885 | We have his ass now 34 counts now we are going after you and [Victim 2] be ready…… Illuminati |

---

[7] The sender listed one of Victim 2's addresses here.

| | | | |
|---|---|---|---|
| V1 | 7/9/2024 | 786-446-9515 | [Victim 1] we have exclusive nudes of you in the shower and many other places we are gonna expose you and send it to everyone in the Florida rally today everyone's phone will see it<br><br>Uploading now<br>10<br>9<br>8<br>7<br>6<br>5<br>4<br>3 |
| V2 | 7/9/2024 | 786-446-9515 | [Victim 2] we have exclusive nudes of you in the shower and many other places we are gonna expose you and send it to everyone in the Florida rally today everyone's phone will see it |
| V2 | 7/9/2024 | 239-210-5696 | [Victim 2] we have exclusive nudes of you in the shower and many other places we are gonna expose you and send it to everyone in the Florida rally today everyone's phone will see it |

18. All four of the phone numbers listed in the above chart are subscribed to IBARRA, using the email addresses listed below:

| Phone Number | Electronic Service Provider | Subscriber Information |
|---|---|---|
| 334-352-4334 | TextPlus Inc. | souljamaster96@gmail.com |
| 786-446-9515 | TextPlus Inc. | cubaninfluencer10200@gmail.com |
| 704-271-4885 | TextPlus Inc. | cubaninfluencer@gmail.com |
| 239-210-5696 | TextPlus Inc. | souljah016@gmail.com |

19. A records request to Google for account records associated with the aforementioned accounts show IBARRA created each account. As aforementioned, a records request to Google for customer records associated with souljamaster96@gmail.com identified IBARRA as the accountholder. A records request to Google for customer records associated with cubaninfluencer10200@gmail.com and cubaninfluencer@gmail.com also identified IBARRA as the accountholder. Specifically, IBARRA created cubaninfluencer10200@gmail.com on

September 10, 2022, and listed a recovery phone number as (561) 817-5127. IBARRA created cubaninfluencer@gmail.com on August 6, 2021, and listed a recovery phone number as (561) 817-5127.

20. A law enforcement database associated cellular telephone number (561) 817-5127 with T-Mobile. According to records maintained by T-Mobile, C.P. of the TARGET RESIDENCE is the subscriber of telephone number (561) 817-5127. C.P. listed her contact number as (786) 370-5139.

21. A records request to Florida Power and Light (hereinafter "FPL") provided that C.P. paid for utilities at the TARGET RESIDENCE since 2019. FPL also provided IP logs associated with the TAREGET RESIDENCE, indicating that IP address 73.84.209.156, among others, accessed C.P.'s FPL account.

22. According to the Palm Beach County Property Appraiser, C.P. purchased the TARGET RESIDENCE in November 2019, and has resided there since

23. In surveillance conducted of the TARGET RESIDENCE since September 2024, law enforcement officers have only observed two individuals residing at the TARGET RESIDENCE – C.P. and IBARRA. Law enforcement officers have observed C.P. leave the premises on multiple occasion in the morning, ostensibly for work. IBARRA appears to rarely leave the residence. Law enforcement officers have observed him briefly stepping outside to throw away trash.

24. Over the course of this investigation, both Victim 1 and Victim 2 have shared their fears, frustrations, and concerns with the continued, threatening, and harassing communications. Specifically, Victim 1 stated that approximately one year ago, she quit her on-air position at the political news organization due to the fear and anxiety caused by the threatening messages. Victim

1 started seeing a psychiatrist and began taking prescription medication for her anxiety. Victim 1 felt in fear for her safety and her family's safety. Victim 1 described one occasion when she received several messages while reporting the news on live television. The messages referenced Victim 1's exact location where she stood during the broadcast and claimed that the sender was behind her and planned to hit her head with a baseball bat. At that moment, a security guard approached Victim 1 from behind causing Victim to shriek audibly in fear.

25. Victim 2 has similarly shared her concerns about the threatening and harassing communications. Victim 2 provided that the communications have harmed her professional reputation and affected her quality of life. IBARRA has not only messaged Victim 2, but also multiple coworkers and contractors at Victim 2's place of employment.

26. Most recently, Victim 1 and Victim 2 provided the following messages to the FBI:

| Victim | Approximate Date | Phone Number | Message |
|---|---|---|---|
| V2 | 9/24/2024 | 310-307-2454 | Hey |
| V2 | 10/17/2024 | 786-864-3274 | [Victim 2's address] is being watched by our team one slip tonight and your fired I have your approval to fire you already ok we will send you a formal firing letter [envelope emoji] to your home if you slip up tonight cheat speed and do your Dam job |
| V1 | 10/24/2024 | 706-666-9542 | [image depicting two women eating what appears to be feces]<br>[image depicting an elderly male perform fellatio on another adult male]<br>[image depicting an elderly male perform fellatio on an unknown aged male]<br>[image depicting an elderly male perform fellatio on another adult male]<br>My favourite enjoy<br>[image depicting the genitals of an elderly female]<br>[image depicting an elderly male ejaculating]<br>Shit in mouth so lovely<br>[image depicting the same two women from the first photograph eating what appears to be feces] |
| V1 | 10/25/2024 | 334-605-6679 | Chief Operating Officer-RSBN studio [smiley face emoji] when you get a chances make Kamala Harris |

|  |  |  |  | the main topic our last rally got a super boost with views because of that ……Love ya - > from G |
|---|---|---|---|---|
|  |  |  |  | Chief Operating Officer-RSBN studio the boss said the weird that was doing stuff to you he said the case will come to a close with a arrest and 5 years jail time for doing it to other people in our team to I always have your back … Love ya -> from G |
|  |  |  |  | What a relief Jesus Christ . thank you for making it possible. |
|  |  |  |  | Before your NYC flight [airplane emoji] I will send you a direct link to the court stream where the criminal will get sentenced on live . |
|  |  |  |  | He also molested 7 under age girls look at the camera and make a look if you agree for testicle removal in the court system so the order pases they need one more person to say yes |
|  |  |  |  | Done  testicle removal will pass in 15m |
|  |  |  |  | Celebrate [three champagne bottle emojis] big tonight the harassments are done forever |
|  |  |  |  | He even molested a 75 year old lady [sad face emoji] that's messed up |
|  |  |  |  | When you go back on camera do a special sign with your hands to send you the court live stream ok so you can see everything the judge says and more |
|  |  |  |  | Put a real strong execution voice so they know we agree in the order judge watching now |
|  |  |  |  | Great job |

27.     On November 22, 2024, agents executed a search warrant at the TARGET RESIDENCE.  The warrant authorized agents to search the residence and IBARRA's person for any computers and other electronic devices for evidence of the TARGET OFFENSE.  During the search, agents seized IBARRA's cellular telephone and other electronic devices.  During a post-

*Miranda* interview, IBARRA admitted that he sent threatening and harassing messages to Victim 1 and Victim 2 from as far back as 2020 or 2021. He acknowledged that his messages are "horrific," and he felt bad afterwards.

28.     Based on the aforementioned information, your Affiant respectfully submits that there is probable cause to believe that IBARRA, with the intent to harass and intimidate, used an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that placed another in reasonable fear of the death of or serious bodily injury to a person, in violation of Title 18, United States Code, Section 2261A(2).

_____
SARA TALLEY
Federal Bureau of Investigation
Special Agent
West Palm Beach, Florida

Sworn and attested to me by Applicant by
telephone (Facetime) on this  23rd
day of November, 2024, in West Palm Beach,
Florida, pursuant to Fed. R. Crim. P. 4(d) and 4.1.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Jorge Ibarra

**Case No**:  24-mj-8628-WM

Cyber Stalking

Title 18, United States Code, Section 2261A(2)(a)

* **Max. Term of Imprisonment: 5 years**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

**<u>BOND RECOMMENDATION</u>**

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Mark Dispoto*
**AUSA:**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)