UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80156-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE IBARRA,

    Defendant(s).
_____/

## ORDER ON DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

**THIS CAUSE** comes before the Court upon Defendant's Motion to Proceed *In Forma Pauperis* on Appeal filed by counsel (DE 47). Defendant retained attorney Jacob Cohen to represent him for trial and/or plea and sentencing purposes. There is a pending motion to appoint counsel (DE 49). Therefore, it is

**ORDERED and ADJUDGED** that Defendant's Motion to Proceed *In Forma Pauperis* on Appeal (**DE 47**) is **DENIED** without prejudice.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 13th day of May 2025.

Donald M. Middlebrooks
United States District Court

cc:    Counsel of Record